UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| CHRISTINE E YOUNG ) | CASE NO. 10-35607-HCD-7 |
| ) | |
| Debtor(s) ) | |
| ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

At South Bend, Indiana on  March 9, 2011

US Bank, NA, its Successors and/or Assigns (Hereinafter referred to as ("US Bank"), by counsel having filed Motion for Relief from Stay and to Abandon Real Estate on the following described real property:

LOT 3 AS SHOWN ON THE PLAT OF FIELDGATE VILLAGE AS RECORDED MARCH 16, 2007 IN THE OFFICE OF THE RECORDER OF ST. JOSEPH COUNTY, INDIANA AS INSTRUMENT NO. 0710593.

More commonly known as 207 Compton St, New Carlisle, IN 46552-8258, it is further,

ORDERED AND ADJUDGED: That US Bank is granted relief from the automatic stay and the property is abandoned.

DATED: _____, 2011

/s/ HARRY C. DEES, JR.
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT